# FRANK TALBOT v. FIRST AND SECURITY NATIONAL BANK OF MINNEAPOLIS.[1]

January 23, 1920.

No. 21,502.

**Case followed.**

Action in the district court for Hennepin county to recover $223.97. The case was tried before Steele, J., who, when plaintiff rested on the pleadings, denied defendant's motion to dismiss the action and at the close of the testimony its motion for a directed verdict and granted plaintiff's motion for a

[1]Reported in 176 N. W. 187.

directed verdict for $227.43. From an order denying its motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Reversed.

*Lancaster & Simpson* and *James E. Dorsey*, for appellant.

*Douglas, Kennedy & Kennedy*, for respondent.

PER CURIAM.

This case and the case of B. S. Talbot against the same defendant were tried together, supra, page 12, 176 N. W. 184. The issues and facts are alike, save as to the amount of the checks. The decision in that case is applicable here. The order appealed from is accordingly reversed.